```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    HOT SPRINGS DIVISION
```

UNITED STATES OF AMERICA                                    RESPONDENT

V.                          NO. 6:11-CR-60012-002
                            NO. 6:13-CV-6033

MICHAEL D. COLLINS                                             MOVANT

## ORDER

Now on this 4th day of February 2014, there comes on for consideration the report and recommendation filed herein on December 20, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 73). No objections were filed and the time to do so has passed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Collins' Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 65) is **GRANTED in part and DENIED in part**. Collins' motion is **denied** as to any finding of ineffective assistance of counsel for failing to object to a lack of "*Shepard* proof" of prior convictions. Collins' motion is **granted** as to an improper application of the United States Sentencing Guidelines and Collins shall be resentenced.

  Defendant is hereby resentenced to one hundred fifty one (151) months imprisonment, three (3) years of supervised release, $1,500 fine, and $100 special assessment, with all other conditions of Defendant's sentence to remain the same. The United States Probation Office is directed to prepare an Amended Judgment in this matter.  Defendant's notice of appeal must be filed within fourteen (14) days after entry of the Amended Judgment.  Defendant's Motion for Traverse (doc. 71) is **DENIED as moot.**

  IT IS SO ORDERED.

/s/ Robert T. Dawson  
Honorable Robert T. Dawson  
United States District Judge