IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                        RESPONDENT

v.                          Case No. 6:11-cr-60012-002

MICHAEL COLLINS                                                      MOVANT

## ORDER

Before the Court is the Report and Recommendation filed October 11, 2016, by the
Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.
ECF No. 111.  Judge Bryant recommends that Movant Michael Collins's Motion Vacate, Set
Aside, or Correct Sentence Pursuant to U.S.C. § 2255 (ECF No. 95) be denied.  No party has
filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28
U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.
Accordingly, Collins's Motion Vacate, Set Aside, or Correct Sentence Pursuant to U.S.C. § 2255
(ECF No. 95) is **DENIED**.

**IT IS SO ORDERED**, this 8th day of November, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge